AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Delaney Tang and Vincenz Sison<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

Oct 30, 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. 4:20-mj-71569-MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Aug. 11, 2019 and Sept. 1, 2019___ in the county of ___Alameda___ in the ___Northern___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(3)(B) | Solicitation of Child Pornography (Tang only)<br>Penalties: Minimum 5 years imprisonment, maximum 20 years imprisonment, $250,000 fine, minimum 5 years supervised release, maximum lifetime supervised release, restitution, up to $40,100 in special assessments |
| 18 U.S.C. §§ 371 & 2261A(2)(B) | Conspiracy to Commit Cyberstalking (Tang and Sison)<br>Penalties: 5 years imprisonment, $250,000 fine, 3 years of supervised release, restitution, $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached Affidavit of Christopher Servat

☑ Continued on the attached sheet.

Approved as to form *Christopher Vieira*
_____
AUSA _____

Sworn to before me by telephone.

Date: ___October 30, 2020___

City and state: ___Oakland, California___

/s/ Christopher Servat
_____
*Complainant's signature*

Task Force Officer Christopher Servat
_____
*Printed name and title*

*Kandis Westmore*
_____
*Judge's signature*

Magistrate Judge Kandis A. Westmore
_____
*Printed name and title*

Print   Save As...   Attach   Reset

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Servat, Sergeant with the San Francisco Police Department and Task Force Officer with the United States Department of Homeland Security (HSI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I submit this Affidavit in support of an application for a criminal complaint charging Delaney TANG with a violation of 18 U.S.C. § 2252A(a)(3)(B) (solicitation of child pornography) and charging Delaney TANG and Vincenz SISON with a violation of 18 U.S.C. §§ 371 & 2261A(2)(B) (conspiracy to commit cyberstalking).

2.      The statements in this Affidavit are based on my own investigation, information from other law enforcement agents, investigators, and individuals with knowledge of this matter; my review of documents related to this investigation, and my training and experience.  This Affidavit does not purport to set forth all of the evidence gathered to date in this investigation or to name all of the persons who participated in these crimes.  I have included only those facts that I believe are necessary to establish probable cause for the requested criminal complaint and arrest warrants.

## AGENT BACKGROUND

3.      I am a San Francisco police officer and a Task Force Officer with the Department of Homeland Security, Homeland Security Investigations (HSI).  I am employed by the City and County of San Francisco and have been so employed for over twelve years.  I am currently assigned to the Investigations Bureau as an Inspector in the Special Victims Unit and am a member of the Internet Crimes Against Children Unit.  In my current assignment, my primary responsibility is to investigate allegations of domestic violence, sexual assault, child physical and sexual abuse, and internet crimes against children.  In connection with my duties and responsibilities as a law enforcement officer, I have also testified in judicial proceedings.

4.      During my career, I have investigated and or have been involved in the investigation of hundreds of domestic violence and child abuse cases.  I have conducted

SERVAT AFF. IN SUPPORT OF APP. FOR A CRIMINAL COMPL.

interviews of victims and witnesses of domestic violence, sexual assault, and child abuse. I have received formal training at the San Francisco Police Academy in, and am familiar with, the investigation, processing of evidence, and identification techniques associated with domestic violence, sexual assault, and child physical and sexual abuse. In addition to the San Francisco Police Academy, I have completed the following:

- Bachelor of Arts in Sociology. University of San Francisco 2006

- Intermediate Peace Officer Standards and Training Certificate

- Robert Presley Institute of Criminal Investigation, 80-hrs Basic Investigations Training

- California Narcotic Officers Association - Human Trafficking Investigations 2012

- Northern California HIDTA – Search Warrants "A Through Z" 2012

- Internet Crimes Against Children, ARES Investigations 2013

- Internet Crimes Against Children, Gnutella Network Investigations 2012

- Undercover and Plainclothes Operations Course.

- FBI Image Scan 2013

- Undercover Craigslist Investigations 2014, National Criminal Justice Training Center

- Internet Crimes Against Children, Gigatribe P2P Investigations 2014

- Undercover Online Chat Investigations 2014. National Criminal Justice Training Center

- Basic Internet Crimes Against Children Investigations 2014. National Criminal Justice Training Center

- Cross designated Customs Task Force Office with the Department of Homeland Security

- BitTorrent network Investigation USDOJ 2017

- Freenet Investigations USDOJ 2018

- Robert Presley Institute of Criminal Investigation, 80hrs Child Abuse Investigations Training

5.      I have also received on the job training from seasoned inspectors regarding the investigation of cases involving child pornography and sexual enticement of children online.

## RELEVANT STATUTES

6.      18 U.S.C. § 2252A(a)(3)(B) prohibits the advertising, promotion, presentation, distribution, or solicitation "through the mails, or using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any material or purported material in a manner that reflects the belief, or that is intended to cause another to believe, that the material or purported material is, or contains—a visual depiction of an actual minor engaging in sexually explicit conduct."

7.      18 U.S.C. § 371 prohibits "two or more persons" from conspiring to "commit any offense against the United States[.]"

8.      18 U.S.C. § 2261A(2)(B) prohibits the use of "the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress [.]"  To violate the statute, a person must act "with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person[.]"

## FACTS SUPPORTING PROBABLE CAUSE

### I.      Introduction and Overview

9.      On November 18, 2019, the Dean of Students for a San Francisco, California high school reported that an unknown individual, later identified as TANG, was extorting several of his students for sexually explicit videos and images of themselves.  TANG communicated with his victims through Instagram and text messages, and he used multiple Instagram accounts and

telephone numbers to target his victims. This case has eight identified victims (three of whom are from the aforementioned San Francisco high school), and at least 13 unidentified victims.

## II.   Defendants' Charged Offense Conduct

10.     Minor Victim 6 ("MV-6") is a Livermore, California resident and was 12 years old when TANG extorted her for sexually explicit photos and videos of herself.

11.     TANG communicated with MV-6 primarily over Instagram. MV-6's Instagram page indicated that she was in the seventh grade and that she attended middle school. Over the course of their conversation, TANG repeatedly threatened to publicly expose MV-6's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.

12.     According to Instagram records, TANG contacted MV-6 using the **anthonytran800** Instagram username on or about August 1, 2019. TANG and MV-6 exchanged thousands of messages between August 1, 2019 and September 16, 2019 and then again between November 10 and November 11, 2019.

13.     TANG and MV-6 spoke via Instagram on or about August 1, 2019 and August 2, 2019. Shortly after starting the conversation, TANG asked MV-6 to send him selfie photos of herself; she did so after some hesitation. TANG told MV-6 that her photos "turned him on" and he asked her to help him "nut."[1] After that, it appears that MV-6 blocked the **anthonytran800** Instagram account.

14.     After MV-6 apparently blocked him, TANG asked SISON to send MV-6 a message: "Tell her to unblock me" "Or imma hack her". When MV-6 continued to refuse to unblock the **anthonytran800** Instagram account, TANG told SISON to send MV-6 another message: "Tell imma expose the photos."

---

[1] Based on my training and experience and reviewing TANG's Instagram messages, I understand that, when used as a noun, "nut" means semen or ejaculate. I understand that, when used as a verb, "nut" means to ejaculate.

15.     On or about August 11, 2019, SISON (using the **thedrunkg1raffe** Instagram
account) asked MV-6 to unblock the **anthonytran800** Instagram account.  MV-6 did so.  When
they started communicating again, TANG told MV-6 that he had her data "tracked".  He offered
to "delete everything" if MV-6 helped him "nut."

16.     TANG gave MV-6 instructions for what to wear and what to do in her photos and
videos (*e.g.* "Can you wear a tanktop", "Do a vid of you stripping then", "Can you do a full strip
vid?").  When MV-6 tried to stop, TANG told her "Keep going or im hacking and exposing".

17.     It appears that MV-6 blocked the **anthonytran800** Instagram account a second
time.  In response, on or about August 11, 2019, TANG told SISON to send her one of her
photos and the following messages:

TANG: Send her that. And tell her im not playing

SISON: What am I saying again?

TANG: Send it

TANG: And tell her "anthony says he not joking anymore"

SISON: Like which type of words lol. Is it "he'll hack?"

TANG: Unblock him or he exposing

18.     SISON sent the following message to MV-6:

SISON: Hey, so Anthony says he not joking anymore. Unblock him or he exposing

SISON: tbh[2] tho you look cute

19.     TANG told SISON to follow up his messages with a topless photo of MV-6
covering her breasts with her hand.  SISON did so.  He also sent the following:

SISON: You're too young for me tbh but I wouldn't want these getting out if I were you

20.     When MV-6 still did not respond, TANG and SISON had the following
discussion:

SISON: Lol I'd fuck that face

---

[2] Based on my training and experience, I understand that "tbh" means "to be honest".

TANG: Lol

TANG: Tell her im about to expose

. . .

SISON: Man I wish I was messaging her on my other account oof

TANG: Lol

21.     While he was communicating with TANG, SISON sent MV-6 the following:

SISON: He's about to expose those pics

22.     Eventually, MV-6 finally relented and said she would unblock the

**anthonytran800** Instagram account again. When she did not do so immediately, TANG told

SISON: "Tell her. Imma post rn[3]" and SISON told MV-6: "I told him, but he said he'll post rn".

23.     After MV-6 unblocked the **anthonytran800** Instagram account for a second time,

TANG continued to threaten to publicly expose MV-6's sexually explicit photos and videos if

she did not "help" him:

TANG: If you actually help

TANG: I wont expose

TANG: Simple

TANG: Lmao ok

TANG: Exposing

MV-6: if u expose i swear to god

. . .

TANG: Are you gunna fucking help?

TANG: Bruh

TANG: Still nothing

TANG: Listen

TANG: You help

---

[3] Based on my training and experience, I understand that "rn" means "right now".

TANG: I stop

TANG: If not

TANG: Im exposing

TANG: Everywhere

24.     MV-6 eventually agreed to "help" TANG.  TANG asked MV-6 if she had a

boyfriend, and she said that she did.  TANG tried to coerce MV-6 to create a video of herself

engaged in oral sex with her boyfriend:

TANG: So

TANG: If you help me

TANG: It should be done

TANG: And then do vids with your bf

MV-6: wdym[4] "do vids w my bf"

MV-6: wtf[5] does that mean

TANG: Hj bj

MV-6: ?????

MV-6: ur making no sense

TANG: Handjob

TANG: Blowjob

MV-6: how?

TANG: Your bf

MV-6: i'm not doing that to my bf

TANG: Why

MV-6: because we aren't freaky like that

TANG: If you do it

TANG: I wont expose

---

[4] Based on my training and experience, I understand that "wdym" means "what do you mean".
[5] Based on my training and experience, I understand that "wtf" means "what the fuck".

MV-6: I can't i'm sorry

MV-6: please don't expose

MV-6: please don't

Tang: Smh[6]

MV-6: ok are u ready yet?

TANG: I want the blowjob vid

. . .

TANG: Do you have a bestfriend you can give a blowjob to

25.     After MV-6 refused to create a video of herself engaged in oral sex on her boyfriend, TANG started instructing MV-6 on what other photos and videos to send him (e.g. "Can you like..stick your tongue out in a sexy way? Like if i were to cum on you", "Show off your tits", "Can you say 'im your cumslut'").  TANG also told MV-6:

MV-6: can i just do a strip vid and we could end all of this?

TANG: You help me cum and this can end

MV-6: then i never have to see u again

TANG: You help me cum. And i'll delete everything

MV-6: promise?

TANG: Yes

26.     It appears that MV-6 blocked the **anthonytran800** Instagram account again on or about August 14, 2019.  After she did that, TANG asked SISON to tell MV-6 to unblock the **anthonytran800** Instagram account, and SISON did so.  MV-6 apparently unblocked the **anthonytran800** Instagram account again as directed.  After she did so, MV-6 continued to beg TANG to leave her alone:

TANG: But imma be straight with you

TANG: I dont care

---

[6] Based on my training and experience, I understand that "smh" means "shaking my head".

TANG: You can say please

MV-6: ok ur gonna give me mercy?

TANG: And all of that

MV-6: i'm crying rn

TANG: I dont care

. . .

TANG: You did this to yourself

TANG: All i wanted was your help

MV-6: no i didn't

TANG: And you chose to ignore

TANG: If you finished the deal

MV-6: i'm sorry

TANG: It would've ended it

27.     TANG sent MV-6 a photo of a man holding his own erect penis in his hand. After doing so, TANG asked MV-6 to be his "cumdump" and to send him a video where she says "I am your cumdump".  TANG promised that he would not post MV-6's sexually explicit photos and videos as long as she was "a good cumdump" and that he would leave her alone when he "no longer want[ed] [her] as a cumdump".  When MV-6 objected, TANG threatened to send her sexually explicit photos and videos to her friends:

TANG: You help me cum

MV-6: ok

TANG: Multiple times

MV-6: ok

TANG: Until im bored of you

MV-6: ok

TANG: Then you're free to go

MV-6: ok

TANG: If you help a lot

TANG: Its faster

MV-6: ok

TANG: If not

TANG: Its slow

MV-6: ok

MV-6: i just don't wanna lose my boyfriend

MV-6: i really love him

MV-6: and i feel guilty doing this

TANG: So

TANG: Its either you be my cumdump until im done with you

TANG: Or i could expose you to yoir classmates

28. After MV-6 agreed to be his "cumdump", TANG demanded that she also be
SISON's "cumdump" or he would expose her sexually explicit photos and videos. MV-6 agreed
to do that, so SISON (at TANG's request) created a group chat with MV-6, the **anthonytran800**
Instagram account, another of TANG's Instagram accounts (**bobbychao5150**), and SISON's
**thedrunkg1raffe** Instagram account.

29. MV-6 started sending a variety of sexually explicit photos and videos to the
TANG/SISON group chat on or about August 14, 2019. TANG made vulgar and explicit
comments to MV-6 in response to the photos (*e.g.* "I wanna facefuck yiu"; "If you can
deepthroat [a banana] and do a sloppy blowjob . . . Then i would end it"; "Say you're my
cumslut"; "Would you suck both of us off"). SISON did too (*e.g.* "Damn you got a nice ass";
"Damn I'd love to get head from you lol"). Through it all, MV-6 continued to share her distress
with TANG:

MV-6: ur just being rlly rude and ur like making my depression do much worse

MV-6: and i already have rlly bad fam probs and ur putting me in a rlly bad position rn

MV-6: i hope u know what ur doing is like rlly tourching me

MV-6: and ofc[7] i know u don't care

TANG: Wym[8]

MV-6: i mean ur hurting me

MV-6: and making me feel really depressed

MV-6: and all u want us pleasure

MV-6: u don't care abt how others feel

MV-6: u know there's actually girls who actually enjoy doing the stuff ur making me do

MV-6: i bet u didn't know that

TANG: Well i want you

MV-6: well i don't

TANG: Bruh

TANG: Just keep going

TANG: Its not even that bad

30.     TANG contacted MV-6 on the **bobbychao5150** Instagram account on or about August 25, 2019 (before that, the **bobbychao5150** Instagram account was only listed on the group chat described above).  TANG told MV-6 that something had happened to the **anthonytran800** Instagram account, so he was contacting her from a new account.  In reality, Instagram deactivated the **anthonytran800** Instagram account on or about August 24, 2019.

31.     MV-6 ignored many of TANG's messages in late August and early September 2019.  TANG threatened to send MV-6's sexually explicit photos and videos to her friends and classmates, in addition to posting them online for the public.  On or about September 1, 2019, TANG demanded that MV-6 produce and send him a video of her engaged in oral sex on a male after threatening to send MV-6's sexually explicit photos and videos to two boys:

MV-6: what do u want

MV-6: i'll give it to u

---

[7] Based on my training and experience, I understand that "ofc" means "of course".
[8] Based on my training and experience, I understand that "wym" means "what you mean".

TANG: Blowjob video

MV-6: i can't do that

MV-6: i'm so so sorry

TANG: Yes you can

MV-6: i'll play w my pusey

TANG: Blowjob

TANG: If you do it

TANG: This all ends

MV-6: it's fine

MV-6: i can keep doing this

MV-6: i don't know how to do a blowjob vid

TANG: Just get a friend

TANG: And suck his dic

TANG: Im fr[9]

MV-6: i can't do that

MV-6: i'm sorry

TANG: Its either you do it

TANG: Or this doesnt end

TANG: And after awhile you finna be posted

MV-6: ok i won't do it i'm sorry

MV-6: i can't

TANG: Yes you can

MV-6: if i could i would

TANG: Quit playing

TANG: Find a guy or im gunna have [MINOR BOY 1] or [MINOR BOY 2] help you

---

[9] Based on my training and experience, I understand that "fr" means "for real".

MV-6: IM NOT PLAYING

TANG: So ima ask them

MV-6: no

MV-6: don't

TANG: Then find someone

. . .

TANG: Blowjob or handjob

MV-6: plz don't make me do this

TANG: Last chance

TANG: Believe me

MV-6: i'll do it to a banana

MV-6: or a cucumber

TANG: There is ALOT of data i have

TANG: So its either you choose

TANG: Or its uploaded

32.      TANG continued to demand that MV-6 create a video of her engaged in oral sex on a male for several weeks and promised that he would leave MV-6 alone if she sent one. When MV-6 repeatedly refused to produce the requested video, TANG repeatedly threatened to publicly expose her sexually explicit photos and videos.  TANG reached out to some of MV-6's underage male friends, sent them some of her images, and asked them to film sexually explicit videos (*e.g.* "Okay. You and her meet up. And record her giving you a blowjob."; "Ok. Meet up with [MV-6] and let her suck your dick").  Tang also tried to coerce two of MV-6's underage male friends to film pornographic videos with her, threatening that if they did not film the videos with MV-6, TANG would publicly expose MV-6's sexually explicit photos and videos.

33.      TANG publicly exposed MV-6's sexually explicit photos and videos online, apparently when she stopped responding to his messages in approximately mid-September 2019. In total, MV-6 sent TANG at least 100 photos and videos, including videos of her totally nude in

the shower, topless photos, videos of her manipulating her breasts, and videos of her sucking on bananas and cucumbers.

34.     On or about November 10, 2019, TANG contacted MV-6 with the **jimmynguyen0950** Instagram account.  TANG asked MV-6 to send him selfie photos, and she did so.  However, it does not appear that MV-6 realized to whom she was communicating.  The conversation ended on or about November 11, 2019.

35.     In April 2020, MV-6's parents contacted the SFPD to report that somebody using the Instagram account **kevin_luong5150** had contacted one of MV-6's female friends to try to extort her for sexually explicit photos.  The user threatened to hack MV-6's friend if she did not "help" him, "just like how" he did with MV-6.  He also threatened to further expose MV-6's sexually explicit photos and videos if the friend did not "help" him.  MV-6's friend did not send any photos or videos.  The **kevin_luong5150** account also contacted MV-6, but she did not respond.

## III.     **Additional Minor Victims**

### A.     **Minor Victim 1**

36.     Minor Victim 1 ("MV-1") is a San Francisco, California resident and was 13 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-1 sent TANG the sexually explicit photos and videos that he requested.

37.     TANG communicated with MV-1 primarily over Instagram.  Over the course of their conversation, TANG repeatedly referred to MV-1 by her name and threatened to publicly expose MV-1's sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  MV-1 told TANG that she was "just a 13 year old."

38.     TANG publicly posted MV-1's sexually explicit photos and videos on Instagram on or about November 2019 after MV-1 stopped responding to his messages.

**B.  <u>Minor Victim 2</u>**

39.     Minor Victim 2 ("MV-2") is a San Francisco, California resident and was 14 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-2 sent TANG the sexually explicit photos and videos that he requested.

40.     TANG communicated with MV-2 primarily over Instagram.  Over the course of their conversation, TANG repeatedly referred to MV-2 by her name and threatened to publicly expose MV-2's sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  MV-2 told TANG that she was "14" years old.

41.     TANG publicly posted MV-2's sexually explicit photos and videos on Instagram on or about November 2019 after MV-2 stopped responding to his messages.

**C.  <u>Minor Victim 3</u>**

42.     Minor Victim 3 ("MV-3") is a San Francisco, California resident and was 14 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-3 sent TANG the sexually explicit photos and videos that he requested.

43.     TANG communicated with MV-3 primarily over Instagram.  Over the course of their conversation, TANG repeatedly referred to MV-3 by her name and threatened to publicly expose MV-3's sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  TANG told SISON that he thought that MV-3 was "like 16" and a "high schooler."

44.     TANG gave MV-3 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "Grab boobs. Stick tongue", "Do more vids. Call me daddy", "Moan too", "Good girl . . . Strip for me", "Can you say 'cum for me' and stick tongue out . . . Like you want it", "You got anything dick shaped? . . . Im tryna see you deepthroat").  TANG also asked MV-3 if she had any videos of herself giving a blowjob.

45.     TANG promised to delete MV-3's sexually explicit photos and videos when he was done masturbating.  He also promised to remove the sexually explicit photos and videos that he had publicly posted of MV-2.

46.     TANG publicly posted MV-3's sexually explicit photos and videos online on or about November 2019 after MV-3 refused to send him more sexually explicit photos and videos of herself.

**D.  <u>Minor Victim 4</u>**

47.     Minor Victim 4 ("MV-4") is a Concord, California resident and was 13 years old when TANG first contacted her.  Although TANG asked MV-4 to send him sexually explicit photos and videos (e.g. "I just wanna see you give head", "any vids of you giving head or fuckin?"), it does not appear that he tried to extort her.  Instead, TANG repeatedly tried to entice MV-4 into a relationship (*e.g.* "Well I wanted to be more than friends.  But you know", "I tried getting at you a few times").  TANG and MV-4 said that they loved each other, TANG told MV-4 that he was attracted to her, and TANG repeatedly told MV-4 that he wanted to have sex with her.  MV-4 consistently rebuffed TANG's sexual advances by pointing out their age difference.  MV-4 told TANG her age (13/14 years old) on multiple occasions, and he knew that she was in the eighth grade.

**E.  <u>Minor Victim 5</u>**

48.     Minor Victim 5 ("MV-5") is a Chico, California resident and was 11 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-5 sent TANG the sexually explicit photos and videos that he requested.

49.     TANG communicated with MV-5 primarily over Instagram.  Over the course of their conversation, TANG repeatedly referred to MV-5 by her name and threatened to publicly expose MV-5's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  When MV-5 told TANG that she was in middle school, he responded "So?".

50.     TANG gave MV-5 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "grab your boobs", "do face and full body", "do no flash", "underwear too", "do a long video", "show some ass too", "Show me from face. Bra. Then ass", "I want some topless", "Do a video of you stripping").  TANG told MV-5 that he contacted her because she was "sexy" and that he wanted her to be his "cumdump" which, according to TANG, meant that whenever he wanted to masturbate and orgasm, he would contact MV-5.

51.     During their conversation, TANG sent MV-5 a photo of a man holding his own erect penis in his hand.

52.     TANG publicly posted MV-5's sexually explicit photos and videos online on or about July 2019 after MV-5 stopped communicating with him.

### F.  <u>Minor Victim 7</u>

53.     Minor Victim 7 ("MV-7") is a Utah resident and was 14 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-7 sent TANG the sexually explicit photos and videos that he requested.

54.     TANG communicated with MV-7 primarily over Instagram.  Over the course of their conversation, TANG repeatedly threatened to publicly expose MV-7's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  At one point, TANG asked MV-7 her age and she told him that she was 15 years old.

55.     When MV-7 did not respond to his messages, TANG told SISON to message MV-7 and threaten her (*e.g.* "Tell her 'Bobby told me to tell you to unblock him and talk to him before he starts exposing your pics online and to your guy followers'").  SISON did so.  MV-7 eventually responded to TANG after he found her second Instagram account and threatened to publicly expose MV-7's personal information and sexually explicit photos and videos.

56.     When MV-7 asked TANG to leave her alone, TANG offered her a deal, either "do a blowjob vid" or be his "cumslut" until her was "over" with her.  TANG promised that MV-7 would be "free" when he got "bored of jerking off" to her.  He told her that once her "cumslut

contract is over with" he would delete her sexually explicit photos and videos.  However, if MV-7 did not "obey" TANG said he would post her sexually explicit photos and videos online.

57.     TANG gave MV-7 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "Can you strip for me? From bra then topless . . . But be sexy", "Can you do a blowjob vid", "Take the shirt off", "I wanted to see you suck and deepthroat a banana", "Say 'im your cumslut'", "Show more face and boobs", "Grab your boobs", "Take off pants"). TANG either threatened to publicly expose, or actually did publicly expose, MV-7's sexually explicit photos and videos when she was slow to respond to his messages and demands.  He also threatened to publicly expose MV-8's sexually explicit photos and videos if MV-7 did not comply.

58.     TANG publicly posted MV-7's sexually explicit photos and videos online on or about September 2019 after MV-7 did not respond to his demands for more sexually explicit photos and videos.

### G.  Minor Victim 8

59.     Minor Victim 8 ("MV-8") is a Utah resident and was 14 years old when TANG extorted her for sexually explicit photos and videos of herself.  MV-8 sent TANG the sexually explicit photos and videos that he requested.

60.     TANG communicated with MV-8 primarily over Instagram.  Over the course of their conversation, TANG repeatedly threatened to publicly expose MV-8's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending more sexually explicit photos and videos.  TANG had reason to believe that MV-8 was underage because he knew that MV-7 and MV-8 were classmates and MV-7 told him that she was 15 years old.

61.     TANG gave MV-8 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "I said. Topless", "Could you show off your tits too", "And ass too", "There is certain things i wanna see yall do before i endit . . . And seeing yall suck and deepthroat a banana is one of it", "Say 'im your cumslut'", "Ok well i wanna see you strip down

first and play wit your tits.", "Get on your knees. Look up at camera and say 'cum for me'",
"You begging for nut").

62.     TANG also repeatedly told MV-8 to film a video of herself giving a blowjob and
to send it to him.  When MV-8 did not send the requested blowjob video, TANG told MV-8 that
if she agreed to be his "cumdump" and help him "nut" until he got "bored" of her, he would
delete her sexually explicit photos and videos and MV-7's sexually explicit photos and videos.
He promised to tell MV-8 when he did not "wanna nut to [her] anymore".

63.     TANG either threatened to publicly expose, or actually did publicly expose,
MV-8's sexually explicit photos and videos when she was slow to respond to his messages and
demands.  He also threatened to publicly expose MV-7's sexually explicit photos and videos if
MV-8 did not comply.

64.     TANG publicly posted MV-8's sexually explicit photos and videos online on or
about September 2019 after MV-8 did not respond to his demands for more sexually explicit
photos and videos.

## IV.    Defendants' Instagram Accounts

65.     The **delaneytang** Instagram account communicated with MV-4.  TANG's
telephone number is associated with the account, an IP address associated with TANG's
residence accessed the account, and the account contained several selfie photos of TANG.

66.     The **thedrunkg1raffe** Instagram account communicated with MV-6 and MV-7.
The account contained dozens of sexually explicit images and videos of dozens of teenage girls
in various levels of undress, including MV-1, MV-2, MV-3, MV-4, MV-5, MV-6, and MV-8.
SISON's email address is associated with the account, an IP address associated with SISON's
residence accessed the account, and the account contained dozens of photos of SISON.

67.     The **brianchao0150** Instagram account communicated with MV-1 and MV-2.
The account contained sexually explicit images and videos of teenage girls in various levels of
undress, including MV-2.  The account publicly posted sexually explicit images of MV-2.  An

email address (briantran0150@gmail.com) linked to TANG through another email address (bobbychao800@gmail.com) is associated with the account.

68.     The **anthonytran800** Instagram account communicated with SISON, MV-1, MV-5, and MV-6.  The account contained sexually explicit images and videos of teenage girls in various levels of undress, including MV-1, MV-2, MV-5, and MV-6.  The account publicly posted sexually explicit images of MV-1, MV-2, and MV-5.  An email address (bobbychao800@gmail.com) that was accessed from an IP address associated with TANG's residence is associated with the account.

69.     The **bobbychao5150** Instagram account communicated with SISON, MV-1, MV-4, MV-6, MV-7, and MV-8.  The account contained sexually explicit images and videos of teenage girls in various levels of undress, including MV-1, MV-5, MV-6, MV-7, and MV-8. The account publicly posted sexually explicit images of MV-1, MV-5, MV-6, MV-7, and MV-8. SISON's telephone number is associated with the account.

70.     The **jimmynguyen0950** Instagram account communicated with SISON, MV-1, MV-2, MV-3, and MV-6.  The account contained sexually explicit images and videos of teenage girls in various levels of undress, including MV-1, MV-2, MV-3, MV-4, MV-6, and MV-8.  The account publicly posted sexually explicit images of MV-1, MV-3, and MV-4.  SISON's telephone number is associated with the account, and IP addresses associated with TANG's residence accessed the account.

71.     The **kevin_luong5150** Instagram account communicated with MV-6.  SISON's telephone number is associated with the account, and IP addresses associated with TANG's residence accessed the account.

72.     The **davidnguyen850** Instagram account communicated with MV-3.  SISON's telephone number is associated with the account, and an IP address associated with TANG's residence accessed the account.

V.     **TANG Search Warrant and Interview**

73.     I served a search warrant at TANG's home on September 25, 2020.  I also completed a videotaped, Mirandized interview with TANG.

74.     TANG confirmed that he was the only person to use the **jimmynguyen0950**, **delaneyytang**, **anthonytran800**, **bobbychao5150**, **davidnguyen850**, and **kevin_luong5150** Instagram accounts.

75.     TANG admitted that he believed that MV-1 is under 18 years old, MV-2 is 15 or 16 years old, MV-3 is 16 years old, MV-4 is 16 years old, MV-6 is under 16 years old, MV-7 is 14 years old, and MV-8 is 16 years old.

76.     TANG also admitted that he knew that his victims did not want to send him sexually explicit photos and videos.  TANG said that he asked his victims for sexually explicit photos and videos.  If they refused, he tried to scare or extort them by showing that he knew where they lived.  He also acknowledged that he extorted victims by threatening to expose their sexually explicit photos and videos and by sending their photos/videos to people that they knew.

77.     TANG said that he successfully extorted 20-30 girls over approximately two years.  He said that knew what he was doing was illegal and that his victims were all underage.  TANG said that he used the photos/videos to pleasure himself.

78.     In searching his cellphone, I discovered that TANG stored his victims' photos/videos in separate albums in the phone's photo library.  The photo library contained albums for MV-1, MV-2, MV-3, MV-4, MV-5, MV-6, MV-7, and MV-8.  It also contained albums for an additional 13 suspected victims.  During his interview, TANG confirmed that all of the girls in his albums were underage and that he extorted all of them.  During my investigation, I also discovered that TANG stored some images of MV-1, MV-2, MV-3, MV-5, MV-7, and MV-8 in a Dropbox account that he shared with SISON.

79.     TANG said that he sent his victims' photos/videos to **thedrunkg1raffe** Instagram account.  TANG also confirmed that he used SISON's phone number to create Instagram accounts.

## VI.   SISON Search Warrant and Interview

80.   Officers served a search warrant at SISON's home on September 25, 2020.  They also completed a videotaped, Mirandized interview with SISON.

81.   SISON confirmed that he had used the **thedrunkg1raffe** Instagram account for approximately 2 years.  SISON admitted to communicating with the **jimmynguyen0950** and **anthonytran800** Instagram accounts.  He also admitted to receiving sexually explicit photos/videos of minors from those accounts.  SISON claimed that he was trying to investigate the accounts' online activities because he knew that they were targeting minors.  However, when officers confronted SISON with messages showing that he actively conspired with TANG, he could not explain his actions.

82.   SISON's cellphone photo library contained sexually explicit photos/videos of MV-1, MV-3, MV-4, MV-5, and many of the unidentified victims found on TANG's cellphone.

83.   SISON had the Instagram app installed on his cellphone, and it was logged into the **thedrunkg1raffe** Instagram account.

84.   SISON also had the Kik messenger app installed on his cellphone.  In his Kik chats, SISON appeared to be sending sexually explicit images of underage minors to other users and discussing the girls' ages and where they go to school.

### CONCLUSION AND REQUEST FOR SEALING

85.   Based on my training and experience, the disclosure of the existence of this affidavit, the complaint, the arrest warrant, and related documents may cause TANG and/or SISON to take steps to evade arrest.  I therefore request that the Court seal this affidavit, the complaint, the arrest warrant, and related documents.

86.   On the basis of my training and experience and the information summarized above, there is probable cause to believe that on or about September 1, 2019, in the Northern District of California, TANG committed the crime of solicitation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(3)(B).

87.     On the basis of my training and experience and the information summarized above, there is probable cause to believe that on or about August 11, 2019, in the Northern District of California, TANG and SISON committed the crime of conspiracy to commit cyberstalking, in violation of Title 18, United States Code, Sections 371 & 2261A(2)(B).

/s/ Christopher Servat
Sgt./TFO Christopher Servat
Sergeant/Task Force Officer
SFPD/HSI

Sworn and subscribed before me this 30th day of October, 2020

HON. KANDIS A. WESTMORE
United States Magistrate Judge