STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 21-00057 HSG |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXCLUDE TIME AND ORDER |
| v. | ) ) | |
| DELANEY TANG and VINCENZ SISON, | ) ) | |
| Defendants. | ) ) | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendants Delaney Tang and Vincenz Sison that time be excluded under the Speedy Trial Act from March 8, 2021 through April 28, 2021.

    At the status conference held on March 8, 2021, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until April 28, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 8, 2021 through April 28, 2021 from computation under the Speedy Trial Act outweigh the best interests of the

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 9, 2021                /s/ *Christopher Vieira*
                                    CHRISTOPHER VIEIRA
                                    Special Assistant United States Attorney

DATED: March 9, 2021                /s/ *Angela Hansen*
                                    ANGELA HANSEN
                                    Counsel for Defendant Delaney Tang

DATED: March 9, 2021                /s/ *Martin Sabelli*
                                    MARTIN SABELLI
                                    Counsel for Defendant Vincenz Sison

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 8, 2021 and for good cause shown, the Court finds that failing to exclude the time from March 8, 2021 through April 28, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 8, 2021 to April 28, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 8, 2021 through April 28, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 3/10/2021                    HAYWOOD S. GILLIAM, JR.
                                    United States District Judge