STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-00057 HSG |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | |
| DELANEY TANG and VINCENZ SISON, | |
| Defendants. | |

**I.     INTRODUCTION**

Over the course of approximately two years, defendant Delaney Tang ("Tang") bullied, harassed, intimidated, threatened, and extorted at least 21 victims into sending him nude photos and videos of themselves. Tang used those photos and videos for his own sexual gratification even though he knew what he was doing was illegal and that his victims were all underage.[1] He showed absolutely no regard for his victims' well-being or the very significant and obvious distress that he caused them. His singular goal was his own sexual pleasure.

Tang pled guilty to solicitation of child pornography in violation of 18 U.S.C. § 2252A(a)(3)(B) and conspiracy to commit cyberstalking in violation of 18 U.S.C. §§ 371 & 2261A(2)(B). He faces a minimum five-year term of imprisonment on the child pornography charge. For the reasons stated herein, the United States requests that the Court sentence Tang to 60 months in prison, 10 years of supervised release, and a $200 mandatory special assessment.

**II.    FACTUAL BACKGROUND**

In November 2019, the Dean of Students for a San Francisco high school reported that an unknown individual, later identified as Tang, was extorting students for sexually explicit videos and images of themselves. The government's investigation revealed that Tang communicated with his victims through Instagram and text messages, and he used multiple Instagram accounts and telephone numbers to target his victims. This case has eight identified victims and at least 13 unidentified victims.

**A.     Tang's Offense Conduct**

Minor Victim 6 ("MV-6") is a Livermore, California resident who was 12 years old when Tang extorted her for sexually explicit photos and videos over the course of several months. Tang communicated with MV-6 primarily over Instagram.

During their conversations, Tang repeatedly threatened to publicly expose MV-6's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending him more sexually explicit photos and videos. Tang told MV-6 that her photos "turned him on"

---

[1] The eight identified victims in this case were 11-14 years old when Tang extorted them.

and that he wanted her to help him "nut."[2] When MV-6 refused to "help" Tang, he told her that he had her data "tracked" and offered to "delete everything" if MV-6 helped him "nut." Tang gave MV-6 instructions for what to wear and what to do in her photos and videos (*e.g.* "Do a vid of you stripping then"; "Can you like..stick your tongue out in a sexy way? Like if i were to cum on you"; "Show off your tits"; "If you can deepthroat [a banana] and do a sloppy blowjob . . . Then i would end it"; "Say you're my cumslut"). Whenever MV-6 tried to stop, Tang threatened to expose her sexually explicit photos and videos.

During their conversation, Tang asked MV-6 to be his "cumdump" and promised that he would not post MV-6's sexually explicit photos and videos as long as she was "a good cumdump." He also promised that he would leave MV-6 alone when he "no longer want[ed] [her] as a cumdump." Tang explained what the arrangement would entail:

TANG: You help me cum

MV-6: ok

TANG: Multiple times

MV-6: ok

TANG: Until im bored of you

MV-6: ok

TANG: Then you're free to go

MV-6: ok

TANG: If you help a lot

TANG: Its faster

MV-6: ok

TANG: If not

TANG: Its slow

MV-6: ok

---

[2] Based on reviewing Tang's Instagram messages, when used as a noun, "nut" means semen or ejaculate. When used as a verb, "nut" means to ejaculate.

Tang also repeatedly demanded that MV-6 create a blowjob video.  He told MV-6 that he would not leave her alone until she sent him the video and that he would eventually publicly expose her photos and videos if she did not send the requested child pornography.  When MV-6 refused to produce the requested video, Tang reached out to some of her underage male friends, sent them some of her images, and asked them to film sexually explicit videos with her (*e.g.* "Okay. You and her meet up. And record her giving you a blowjob."; "Ok. Meet up with [MV-6] and let her suck your dick").  Tang also tried to coerce two of MV-6's underage male friends to film pornographic videos with her, threatening that if they did not film the videos, he would publicly expose MV-6's sexually explicit photos and videos.

Through it all, MV-6 repeatedly shared her distress with Tang, but he did not care about the harm that he was causing:

> MV-6: i mean ur hurting me
>
> MV-6: and making me feel really depressed
>
> MV-6: and all u want us pleasure
>
> MV-6: u don't care abt how others feel
>
> MV-6: u know there's actually girls who actually enjoy doing the stuff ur making me do
>
> MV-6: i bet u didn't know that
>
> TANG: Well i want you
>
> MV-6: well i don't
>
> TANG: Bruh
>
> TANG: Just keep going
>
> TANG: Its not even that bad

Moreover, when MV-6 begged Tang to leave her alone, her plea fell on deaf ears:

> TANG: But imma be straight with you
>
> TANG: I dont care
>
> TANG: You can say please
>
> MV-6: ok ur gonna give me mercy?
>
> TANG: And all of that

UNITED STATES' SENTENCING MEMO
CR 21-00057 HSG

3

MV-6: i'm crying rn[3]

TANG: I dont care

. . .

TANG: You did this to yourself

Tang publicly exposed MV-6's sexually explicit photos and videos online, apparently when she stopped responding to his messages in approximately mid-September 2019.

### B. Additional Relevant Conduct

#### 1. Minor Victim 1

Minor Victim 1 ("MV-1") is a San Francisco resident who was 13 years old when Tang extorted her for sexually explicit photos and videos of herself.  According to MV-1, Tang told her that he would kidnap her if she did not send him the requested photos and videos.  Tang communicated with MV-1 for several months, primarily over Instagram.

During their conversations, Tang repeatedly threatened to publicly expose MV-1's sexually explicit photos and videos if she did not "help" him masturbate to orgasm by sending him more sexually explicit photos and videos.  MV-1 told Tang that she was "just a 13 year old" and repeatedly asked him to leave her alone, but he refused.  Tang publicly posted MV-1's sexually explicit photos and videos online in approximately November 2019 after MV-1 did not respond to his messages.

#### 2. Minor Victim 2

Minor Victim 2 ("MV-2") is a San Francisco resident who was 14 years old when Tang extorted her for sexually explicit photos and videos of herself.  Tang communicated with MV-2 primarily over Instagram.

Tang repeatedly threatened to publicly expose MV-2's sexually explicit photos and videos if she did not "help" him masturbate to orgasm.  MV-2 told TANG that she was "14" years old, "suicidal," and that he was making her "suffer."  MV-2 repeatedly asked Tang to leave her alone, but he refused.  Tang

---

[3] Based on reviewing Tang's Instagram messages, "rn" means "right now".

publicly posted MV-2's sexually explicit photos and videos online in approximately November 2019 after MV-2 did not respond to his messages.

### 3. Minor Victim 3

Minor Victim 3 ("MV-3") is a San Francisco resident and was 14 years old when Tang extorted her for sexually explicit photos and videos of herself. Tang communicated with MV-3 primarily over Instagram.

During their conversations, Tang repeatedly threatened to publicly expose MV-2's and MV-3's sexually explicit photos and videos if MV-3 did not "help" him by sending more sexually explicit photos and videos. Tang gave MV-3 instructions for what to do in her photos and videos (*e.g.* "Grab boobs. Stick tongue"; "Call me daddy"; "Moan too"; "Good girl . . . Strip for me"; "Can you say 'cum for me' and stick tongue out . . . Like you want it"; "You got anything dick shaped? . . . Im tryna see you deepthroat"). He also told MV-3 to send him a video of herself giving a blowjob. Tang promised to delete MV-3's sexually explicit photos and videos when he was done masturbating:

TANG: My terms.

TANG: Show face

TANG: I nut. I delete

TANG: Simple

. . .

TANG: You obey. It will end

TANG: Okay?

MV-3: ok

TANG: Okay start

MV-3: ok

TANG: Spam

TANG: Be sexy. Ik[4] you can

---

[4] Based on reviewing Tang's Instagram messages, "Ik" means "I know".

MV-3: I'm fucking crying

When MV-3 tried to stop, Tang threatened to expose her sexually explicit photos and videos. He also mocked MV-3 when she threatened to report him to her school and the police:

TANG: You can tell the cousoler

TANG: Tell the police

TANG: Whatever

TANG: It doesnt matter

MV-3: Been there done that

TANG: You know who else did that. [MV-2] and [MV-1]

MV-3: I know they did

TANG: This account isnt anything. I can change and keep following

Tang posted MV-3's sexually explicit photos and videos online in approximately November 2019 after MV-3 refused to send him more sexually explicit photos and videos of herself.

### 4. Minor Victim 4

Minor Victim 4 ("MV-4") is a Concord, California resident who was 13 years old when Tang first contacted her. Tang communicated with MV-4 over Instagram, the telephone, and via text message.

Although Tang asked MV-4 to send him sexually explicit photos and videos (*e.g.* "I just wanna see you give head"; "any vids of you giving head or fuckin?"), it does not appear that he tried to extort MV-4. Instead, Tang repeatedly tried to entice MV-4 into a relationship (*e.g.* "Well I wanted to be more than friends. But you know"; "I tried getting at you a few times"). Tang told MV-4 that he loved her, that he was attracted to her, and the sexual acts that he wanted to do with her (*e.g.* "I would eat you out so damn hard"; "I'm really into facefucking btw"). MV-4 consistently rebuffed Tang's sexual advances by pointing out their age difference. MV-4 told Tang her age (13/14 years old) multiple times, and he knew that she was in the eighth grade.

Tang publicly posted several of MV-4's nude images and videos to Instagram, apparently after the two had a falling out. One image had MV-4's personal information written on it.

### 5. Minor Victim 5

Minor Victim 5 ("MV-5") is a Chico, California resident who was 11 years old when Tang extorted her for sexually explicit photos and videos. Tang communicated with MV-5 primarily over Instagram.

Tang told MV-5 that he contacted her because she was "sexy" and that he wanted her to be his "cumdump" which, according to Tang, meant that whenever he wanted to masturbate and orgasm, he would contact MV-5. When MV-5 told Tang that she was in middle school, he responded "So?".

Tang gave MV-5 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "grab your boobs"; "show some ass too"; "Show me from face. Bra. Then ass"; "I want some topless"; "Do a video of you stripping"). He also sent MV-5 a photo of a man holding his own erect penis in his hand. Tang told MV-5 that if she helped him "nut" then "this ends." When MV-5 told Tang that she was "really scared," he continued to give her instructions and told her "[y]ou should just be my main person to help me cum."

Tang publicly posted MV-5's sexually explicit photos and videos online in approximately July 2019 after MV-5 stopped communicating with him.

### 6. Minor Victim 7

Minor Victim 7 ("MV-7") is a Utah resident who was 14 years old when Tang extorted her for sexually explicit photos and videos. Tang communicated with MV-7 primarily over Instagram. At one point, Tang asked MV-7 her age and she told him that she was 15 years old.

When MV-7 asked Tang to leave her alone, he offered her a deal, either "do a blowjob vid" or be his "cumslut" until he was "over" with her. Tang promised that MV-7 would be "free" when he got "bored of jerking off" to her. He also told her that once her "cumslut contract is over with" he would delete her sexually explicit photos and videos. However, if MV-7 did not "obey," Tang said he would post her sexually explicit photos and videos online.

Tang gave MV-7 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "Can you strip for me? From bra then topless . . . But be sexy"; "Can you do a blowjob vid"; "Take the shirt off"; "I wanted to see you suck and deepthroat a banana"; "Say 'im your cumslut'";

"Show more face and boobs"; "Grab your boobs"; "Take off pants"; Say 'im your cumslut daddy'"). Tang either threatened to publicly expose, or actually did publicly expose, MV-7's sexually explicit photos and videos when she was slow to respond to his demands. He also threatened to expose MV-8's sexually explicit photos and videos if MV-7 did not comply. He showed no remorse for his actions:

> MV-7: This is why imma commit suicide since you gonna expose me and my mom dying I'm done with this shit I really am
>
> TANG: Well if you just help
>
> TANG: Like how you agreed on
>
> TANG: Then it would be simple

Tang was relentless, repeatedly counting down until he would expose MV-7's images and even demanding that MV-7 send him photos and videos while she was in the hospital visiting her mother and spending time with her family. When MV-7 told Tang that she was crying during one conversation, he told her to send him more videos and then threatened her:

> TANG: You help me cum
>
> TANG: Or i post
>
> TANG: Quit complaining
>
> TANG: Just commit
>
> . . .
>
> TANG: Quit
>
> TANG: Your
>
> TANG: Excuses
>
> TANG: Help me cum
>
> TANG: Or i post
>
> . . .
>
> TANG: IM NOT GUNNA FUCKING WAIT

Tang treated MV-7 like his property:

> TANG: Take off pants

| | |
|---|---|
| 1 | TANG: Do bra/underwear |
| 2 | MV-7: No thats to far |
| 3 | TANG: Do it |
| 4 | MV-7: I don't do that and it's cold here |
| 5 | TANG: Just be loyal and do it |
| 6 | TANG: Obey |
| 7 | . . . |
| 8 | MV-7: I can't be active rn I'm tired and you won't let me sleep |
| 9 | TANG: Just do it |
| 10 | TANG: Im close to cumming |
| 11 | TANG: Hurry up |
| 12 | TANG: Bra and underwear |
| 13 | TANG: Now |
| 14 | TANG: Just obey |
| 15 | . . . |
| 16 | TANG: IF YOU DONT FINISH ME OFF RN |
| 17 | TANG: IM EXPOSING |

Tang posted MV-7's sexually explicit photos and videos online in approximately September 2019 after MV-7 did not respond to his demands for more photos and videos. Just before posting the photos, Tang tried to get MV-7's friend to send him photos to "help" MV-7, but she did not do so. MV-7 attempted suicide in late 2020 and subsequently started therapy.

### 7. Minor Victim 8

Minor Victim 8 ("MV-8") is a Utah resident who was 14 years old when Tang extorted her for sexually explicit photos and videos of herself. Tang communicated with MV-8 primarily over Instagram.

As with all of his other victims, Tang repeatedly threatened to publicly expose MV-8's personal information and sexually explicit photos and videos if she did not "help" him masturbate to orgasm by

sending him more sexually explicit photos and videos. Tang repeatedly told MV-8 to film a video of herself giving a blowjob and to send it to him. When MV-8 did not send the requested video, Tang told MV-8 that if she agreed to be his "cumdump" and help him "nut" until he got "bored" with her, he would delete her sexually explicit photos and videos and MV-7's sexually explicit photos and videos. He promised to tell MV-8 when he did not "wanna nut to [her] anymore."

Tang gave MV-8 specific instructions on the types of photos and videos that he wanted her to send (*e.g.* "I said. Topless"; "Could you show off your tits too"; "There is certain things i wanna see yall do before i endit . . . And seeing yall suck and deepthroat a banana is one of it"; "Say 'im your cumslut'"; "Ok well i wanna see you strip down first and play wit your tits."; "Get on your knees. Look up at camera and say 'cum for me'"; "You begging for nut"). Tang also sent numerous sexually graphic messages to MV-8 (*e.g.* "Like i would facefuck you rn if i could"; "But im turned on asf after seeing you play with your tits"; "Im fr bouta nut"; "Im curious. How many times you given head."; "Plus whats the biggest dick you sucked"; "HELP ME CUM").

Tang either threatened to publicly expose, or actually did publicly expose, MV-8's sexually explicit photos and videos when she was slow to respond to his demands or when he thought that she was not a "loyal cumslut." He also threatened to expose MV-7's sexually explicit photos and videos if MV-8 did not comply.

Tang was relentless, repeatedly counting down until he would expose MV-8's images. He demanded that MV-8 send him photos and videos while she was with her family, taking care of her brothers, or at her mom's birthday party. He showed no remorse for the trauma he was inflicting on MV-8:

MV-8: Cuz of ur fault I'm gonna kill myself

MV-8: And I hope ur proud of it

TANG: Just do the photos rn

MV-8: I hope ur proud of what ur doing to me rn

MV-8: Ima kill myself and I hope ur proud

TANG: Alright imma post then

UNITED STATES' SENTENCING MEMO
CR 21-00057 HSG
10

| | |
|---|---|
| 1 | MV-8: Hope ur proud |
| 2 | MV-8: Of leading someone to suicide |
| 3 | TANG: You gunna help or not |
| 4 | . . . |
| 5 | TANG: You agreed to help |
| 6 | MV-8: Are u proud |
| 7 | TANG: And now you're upset |
| 8 | TANG: Boohoo |
| 9 | TANG: Just help rn |
| 10 | . . . |
| 11 | TANG: You know what [MV-8] |
| 12 | TANG: I'll tell you straight up |
| 13 | TANG: If you wanna kill yourself. Go for it. Im not gunna stop just cause you say that. Because |
| 14 | if you trying to use it just to stop me then you're fucked up for using that as an excuse |
| 15 | TANG: You agreed to be my cumslut |
| 16 | TANG: So just commit to it |
| 17 | TANG: If not |
| 18 | TANG: Stop fucking crying about it |
| 19 | . . . |
| 20 | TANG: Cause you agreed to be my cumslut |
| 21 | TANG: So |
| 22 | TANG: You made your choice |
| 23 | TANG: Then cried about it |
| 24 | . . . |
| 25 | TANG: Just commit and help me rn |
| 26 | TANG: And get this shit over with |
| 27 | TANG: AND IT ALL FUCKING ENDS |
| 28 | |

TANG: IF YOU JUST STOP CRYING ABOUT IT

Tang publicly posted MV-8's sexually explicit photos and videos online in approximately September 2019 after MV-8 did not respond to his demands for more photos and videos.

### III. PRESENTENCE REPORT

The government reviewed the PSR prepared by United States Probation Officer Monica Romero. The government agrees with the PSR's offense level calculation and further agrees that Tang should receive a three-level reduction for acceptance of responsibility and timely notification of his intent to plead guilty. The government does not have any objections to the report's factual recitation or recommended supervised release terms.

### IV. THE GOVERNMENT'S RECOMMENDED SENTENCE

The government recommends that the Court sentence Tang to 60 months in prison, 10 years of supervised release, and a $200 mandatory special assessment. That sentence will reflect the seriousness of Tang's conduct, will provide just punishment, and will afford adequate general and specific deterrence.

This case has significant aggravating and mitigating factors.

According to his *Mirandized* admissions, Tang successfully extorted 20-30 girls over approximately two years.[5] Tang knew what he was doing was illegal, that his victims were all underage, and that his victims did not want to send him sexually explicit photos and videos.

Tang sought out his victims and exploited them using his skill at manipulation and his sophistication with computers. He was cold, cruel, and unapologetic; Tang callously dismissed his victims' distress and ignored their pleas for him to stop. When his victims tried to stand up for themselves or refused to give Tang what he wanted, he did not hesitate to ruin their lives. Tang distributed his victims' sexually explicit images and videos on the internet, and nobody can undo that. Those images and videos will likely be on the internet forever. Like other child exploitation victims, the

---

[5] The government found photos/videos of MV-1, MV-2, MV-3, MV-4, MV-5, MV-6, MV-7, MV-8, and an additional 13 unidentified, apparently underage victims stored in separate folders on Tang's cellphone.

UNITED STATES' SENTENCING MEMO
CR 21-00057 HSG

12

children in this case will always have to wonder whether their classmates, friends, or even just random strangers on the street have seen them naked, saying and doing the things that Tang made them do. *See* Child Pornography Prevention Act of 1996, Pub. L. No. 104-208 § 121, 110 Stat. at 3009, 3009-27 (1996) (Congress recognizing that, "where children are used in its production, child pornography permanently records the victim's abuse, and its continued existence causes the child victims of sexual abuse continuing harm by haunting those children in future years.").[6] Those facts are all extremely aggravating.

In contrast, Tang's youth[7], his history of emotional neglect, physical abuse, and mental health problems, and his mother's abandonment are all strong mitigating factors.

In identifying a just result here, the government weighed Tang's reprehensible criminal conduct against his age at the time of the offense, family circumstances, mental health issues, and clear remorse. The government also considered Tang's quick acceptance of responsibility, which allowed his victims and their families to avoid the potential hardship and trauma of a trial, the Guideline ranges for the charged offense (30-37 months) and additional, uncharged, offenses[8], and the sentences in other Northern District of California child exploitation cases.

A significant 60-month sentence is appropriate given the seriousness of Tang's misconduct, the need for just punishment, and the need for general and specific deterrence. Given Tang's history and characteristics, the government believes that the proposed custodial sentence, participation in mental health and sex offender treatment, sex offender registration, and educational and vocational training will correct Tang's deviant behavior and help him live a productive and law-abiding life. Additionally, a

---

[6] Unsurprisingly, child exploitation offenses often inflict physical and/or psychological harm to the children involved, including suicide, lifelong symptoms of post-traumatic stress disorder, and chronic difficulties with trust and intimacy. *See The Coronavirus Pandemic Puts Children at Risk of Online Sexual Exploitation*, SCIENTIFIC AMERICAN, *available at* https://www.scientificamerican.com/article/the-coronavirus-pandemic-puts-children-at-risk-of-online-sexual-exploitation/ (last accessed November 24, 2021).

[7] Tang was 20 years old when most of the conduct in this case occurred.

[8] If Tang had pled to solicitation and/or cyberstalking charges for Minor Victims 1-3, 5, 7, and 8, his combined total offense level would have been 24 and his Guideline range would have been 51-63 months.

UNITED STATES' SENTENCING MEMO
CR 21-00057 HSG

13

ten-year term of supervised release with Probation's strict proposed conditions will help ensure that Tang does not engage in future criminal behavior.

## V.     CONCLUSION

For the reasons set forth above, the government respectfully requests that the Court impose its recommended sentence of 60 months in prison, 10 years of supervised release, and a $200 mandatory special assessment. This sentence is sufficient, but not greater than necessary, to reflect the seriousness of Tang's conduct, provide just punishment, and promote significant general and specific deterrence.

DATED:  November 29, 2021                                   Respectfully submitted,

                                                                 STEPHANIE M. HINDS
                                                                 Acting United States Attorney

                                                                   /s/ *Christopher Vieira*
                                                                CHRISTOPHER VIEIRA
                                                               Special Assistant United States Attorney